ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Hensel Phelps Construction Company | ) | ASBCA Nos. 62297, 62595, 62762 |
| | ) | |
| Under Contract No. NNK14EA64C | ) | |

APPEARANCES FOR THE APPELLANT:   Michael R. Candes, Esq.
Austin D. Thacker, Esq.
 Holland & Knight LLP
 Orlando, FL

APPEARANCES FOR THE GOVERNMENT:   Scott W. Barber, Esq.
 NASA Chief Trial Attorney
Thomas M. Browder, III, Esq.
Tracy Lee Belford, Esq.
Heather J. Akram, Esq.
Marshall D. McKellar, Esq.
Samantha R. Cochran, Esq.
Charles Alexander Vinson, Esq.
 Trial Attorneys
 Kennedy Space Center, FL

OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement agreement and release, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $16,307,240.26. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: September 23, 2021

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62297, 62595, 62762, Appeal of Hensel Phelps Construction Company, rendered in conformance with the Board's Charter.

Dated: September 23, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2